UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| NOVELLE PALOMINO | : | CASE NO. 1:21-cv-2139 |
| Plaintiff, | : | OPINION & ORDER |
| v. | : | |
| CUYAHOGA COUNTY et al., | : | |
| Defendants. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On November 10, 2021, Plaintiff filed the above-filed action. Since that filing, the record does not indicate that Plaintiff has served all the named Defendants.

Once a plaintiff has commenced an action in the federal courts, the burden is upon that party to obtain service of process upon each defendant. To effectuate service upon a defendant, the plaintiff is required by the Civil Rules to act in a reasonable and diligent manner, as governed by Federal Civil Procedure Rule 4(m).

Because there is nothing in the record to show why service upon all the Defendants has not yet been completed, the Court hereby **ORDERS** Plaintiff to serve the above-mentioned Defendants, or file a Federal Civil Procedure Rule 21 motion to dismiss those Defendants from this case within 14 days.[1]

IT IS SO ORDERED.

Dated: April 11, 2022
                                                    *s/ James S. Gwin*
                                                    JAMES S. GWIN
                                                    UNITED STATES DISTRICT JUDGE

---

[1] *Cf. Stapleton v. Vicente*, No. 5:18-CV-504, 2019 WL 2494564, at *1 (E.D. Ky. June 14, 2019) (discussing Rule 21 dismissals).